1  Kelly Dunn  SBN# 104380
   The Hawkins Center
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4
   Attorney for Plaintiff
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 9  LATANYA N. SHARMA, | ) | |
| | ) | |
| 10               Plaintiff, | ) | CIVIL NO. 07-04906 MEJ |
|        vs. | ) | |
| 11 | ) | |
|     MICHAEL J. ASTRUE, | ) | STIPULATION AND ORDER TO |
| 12  Commissioner of Social Security | ) | EXTEND TIME FOR PLAINTIFF |
| | ) | TO FILE MOTION FOR SUMMARY |
| 13               Defendant. | ) | JUDGMENT |
| | ) | |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 35 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was due on February 21, 2008, pursuant to Civil L.R. 16-1(e).  Plaintiff's Motion for Summary Judgment is now due on March 27, 2008.

//
//
//
//
//
//
//
//
//

---

1. See attached Declaration of Kelly Dunn on behalf of Latanya Sharma.

1  This is Plaintiff's first request for an extension.
2
3
4
5  Dated: February 11, 2008        _____/S/_____
   KELLY DUNN
6  Attorney for Plaintiff
7
8
9  Dated: February 12, 2008        _____/S/_____
   JACQUELINE A. FORSLUND
10 Special Assistant United States Attorney
11
12
13 PURSUANT TO STIPULATION, IT IS SO ORDERED:
14
15
16
17
18
19
20         February 13, 2008
21 Dated:                           _____
   MARIA ELENA JAMES
22 United States Magistrate Judge
23
24
25
26
27
28