IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA N. SHARMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____/ | No. C 07-4906 MEJ<br><br>**JUDGMENT** |

On October 6, 2008, the Court denied the parties cross-motions for summary judgment and remanded this case for further administrative proceedings. (Dkt. # 21.) As the order terminated all pending motions, it constitutes a final judgment.

**IT IS SO ORDERED.**

Dated: January 30, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge